DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMMY FAIRMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2940

[March 28, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 13-016338CF10A.

Tammy Fairman, Brooksville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***